IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02791-WYD-MEH

COBBLER NEVADA, LLC, a Nevada limited liability company,

     Plaintiff,

v.

JOHN DOES 1-15,

     Defendants.

---

## ORDER OF DISMISSAL

---

In accordance with the Notice of Dismissal of Case filed pursuant to Fed. R. Civ.

P. 41(a)(1)(A)(i) on March 22, 2016 (ECF No. 14), it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated:  March 28, 2016

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        Senior United States District Judge